1

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)

2
MARIE A. MCCRARY (State Bar No. 262670)
HAYLEY REYNOLDS (State Bar No. 306427)

3
100 Pine Street, Suite 1250
San Francisco, CA 94111

4
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

5

6
Attorneys for Plaintiffs

7
UNITED STATES DISTRICT COURT

8
NORTHERN DISTRICT OF CALIFORNIA

9
OAKLAND DIVISION

10
JASEN SILVER, JILL LIENHARD,
PATRICIA TYSINGER, VICTORIA

11
WATERS, AND ALAINA JONES, on
behalf of themselves and those similarly

12
situated,

13
Plaintiffs,

14
vs.

15
STRIPE, INC.,

16
Defendant.

17

CASE NO. 4:20-CV-08196-YGR

PLAINTIFFS' ADR CERTIFICATION

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 16-8(b), each of the undersigned, certifies the following:

    (1) Plaintiffs and their counsel have read the handbook entitled "Dispute Resolution Procedures in the Northern District of California";

    (2) Plaintiffs and their counsel have discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Plaintiff and their counsel have considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 5, 2021

/s/ Jasen Silver
Party

/s/ Jill Lienhard
Party

/s/ Patricia Tysinger
Party

/s/ Victoria Water
Party

/s/ Alaina Jones
Party

Dated: April 5, 2021

/s/ Seth A. Safier
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

    [   ] intend to stipulate to an ADR process

    [X] prefer to discuss ADR selection with the Assigned Judge at the case management conference

Dated: April 5, 2021

**GUTRIDE SAFIER LLP**

/s/ Seth A. Safier
Seth A. Safier, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111
Attorneys for Plaintiffs

- 2 -