1   **GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
2   seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
3   todd@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
4   hayley@gutridesafier.com
100 Pine Street, Suite 1250
5   San Francisco, CA 94111
Telephone: (415) 639-9090
6   Facsimile: (415) 449-6469
Attorneys for Plaintiffs
7

8   **MUNGER, TOLLES & OLSON LLP**
JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
9   560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
10  Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077
11

SARAH S. LEE (State Bar No. 311480)
12  sarah.lee@mto.com
LAURA M. LOPEZ (State Bar No. 313450)
13  laura.lopez@mto.com
350 South Grand Avenue, Fiftieth Floor
14  Los Angeles, CA 90071-3426
Telephone:  (213) 683-9100
15  Facsimile:   (415) 687-3702
Attorneys for Defendant

16

17                    UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

19

20

21  | JASEN SILVER, JILL LIENHARD, AND ALAINA JONES, on behalf of themselves and those similarly situated, | Case No. 4:20-cv-8196-YGR |
    | --- | --- |
    | | **ORDER GRANTING JOINT** |
    | Plaintiffs, | **STIPULATION OF DISMISSAL** |
    | vs. | Judge:   Hon. Yvonne Gonzalez Rogers |
    | STRIPE, INC., | Crtrm.:   1 |
    | Defendant. | |

28

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

12/10/21

**STIPULATION**

The parties, Plaintiffs JASEN SILVER, JILL LIENHARD, and ALAINA JONES, ("Plaintiffs") and STRIPE, INC ("Stripe"), submit this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs and Stripe collectively stipulate that the action is dismissed in its entirety, with prejudice as to the Plaintiffs' individual claims and without prejudice as to the claims of the putative class members with each party bearing their own attorneys' fees and costs.

DATED:  December 3, 2021                    GUTRIDE SAFIER LLP


By:      _/s/ Seth A. Safier/s/_____
         SETH SAFIER
         Attorneys for Plaintiffs

DATED: December 3, 2021                     MUNGER, TOLLES & OLSON LLP


By:      _/s/Jonathan H. Blavin/s/_____
         JONATHAN H. BLAVIN
         Attorneys for Defendant Stripe, Inc.


**ATTESTATION**

In accordance with Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: December 3, 2021

_/s/Seth Safier/s/_
Seth Safier, Esq.
**GUTRIDE SAFIER LLP**